UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In The Matter of the Search of<br><br>The property at<br>17 Joan Circle<br>Milford, MA 01757 | Case No. 20-mj-4234-DHH |

## MOTION TO SEAL

The United States of America respectfully moves this Court to seal the search warrant application, supporting affidavit, search warrant, this motion, any ruling on this motion, and all related paperwork until further order of this Court, except to allow law enforcement to serve a copy of the Warrant, Attachment A and Attachment B upon execution of this warrant. In support of this motion, the government states that the public disclosure of any of these materials at this juncture could jeopardize the government's ongoing investigation in this case, specifically by giving the target subjects the opportunity to destroy evidence, both physical and digital.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States has filed in this matter.

ALLOWED David H. Hennessy U.S.M.J.
Sep 8, 2020

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

Date: 9/08/2020

By: */s/Kristen M. Noto*
   Kristen M. Noto
   Assistant U.S. Attorney