# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The property at<br>17 Joan Circle<br>Milford, MA 01757 | )<br>)<br>)   Case No. 20-mj-4234-DHH<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The property at 17 Joan Circle Milford, MA 01757, as described in Attachment A hereto

located in the _____ District of   Massachusetts   , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B hereto

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) and (b)(1) | Attempted Receipt of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) | Access with Intent to View and Possession of Child Pornography, and attempt |

The application is based on these facts:

See attached Affidavit of HSI Special Agent Caitlin Moynihan

☑ Continued on the attached sheet.

☐ Delayed notice of \_\_\_\_\_ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

HSI Special Agent Caitlin Moynihan
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
   Telephone   *(specify reliable electronic means)*.

Date: **Sep 8, 2020**

*Judge's signature*

City and state:   Worcester, Massachusetts      U.S. Magistrate Judge David H. Hennessy
*Printed name and title*