20-mj-4234-DHH

ATTACHMENT A
PROPERTY TO BE SEARCHED

The SUBJECT PREMISES is located at 17 Joan Circle in Milford, MA 01757. The residence, pictured below, is described as a two-story colonial style residence, with light yellow siding and green shutters. The front door is dark green in color and the number "17" is displayed to the right of the front door. There is a two-car garage below grade, which can be accessed from the left side of the residence.

