UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF )<br><br>*The property located at*<br>*17 Joan Circle Milford, MA 01757* )<br>) | <br><br><br><br>No. 20-mj-4234-DHH<br>FILED UNDER SEAL |

UNITED STATES' MOTION FOR AUTHORIZATION
TO DISCLOSE WARRANT MATERIALS

     The United States of America hereby requests authorization to disclose certain materials to counsel for the defendant in order to meet our obligations for mandatory discovery. Specifically, the United States seeks to disclose the application, affidavit, attachments, warrant, motion to seal, warrant return, and this motion. The government seeks permission to disclose these items solely for the limited purposes described herein and does not seek to unseal any of these items at this time.

                                       Respectfully submitted,
                                       ANDREW E. LELLING
                                       United States Attorney

                           By:   */s/ Kristen M. Noto*
                                       Kristen M. Noto
                                       Assistant U.S. Attorney

Dated: 12/18/20

So ordered:

*[signature]*
HON. DAVID H. HENNESSY
UNITED STATES MAGISTRATE JUDGE

Dated: **Dec 18, 2020**